

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00505-CV

**IN RE GUARDIANSHIP OF HORTENCIA T. VARA, AN INCAPACITATED PERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On August 5, 2019, relator filed a motion for temporary stay. On August 7, 2019, this court issued an opinion denying relator's petition for writ of mandamus. Relator's motion for temporary stay is DENIED AS MOOT.

It is so **ORDERED** on August 7, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 14-19-00474-V, styled *In the Guardianship of Hortencia T. Vara, An Incapacitated Person*, pending in the County Court, Uvalde County, Texas, the Honorable William R. Mitchell presiding.